UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARLEY LIMA VIEIRA MILHOMEM, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-10161-IT |
| | * | |
| DAVID WESLING, et al., | * | |
| | * | |
| Respondents. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

On February 2, 2026, the court denied Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] where Respondents agreed that Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226 and represented that such a hearing was scheduled for January 29, 2026. Mem. & Order 2 [Doc. No. 8]. In light of Respondents' Status Report [Doc. No. 9] indicating that the scheduled hearing took place, at which time Petitioner was granted bond and subsequently released on January 30, 2026, this action is CLOSED.

IT IS SO ORDERED.

February 27, 2026                                      /s/ Indira Talwani
                                                       United States District Judge